IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, to the use and benefit of BRADLEY INDUSTRIAL TEXTILES, INC. | * * * | |
| Plaintiff | * | |
| v. | * | Civil Action No. L 00-CV-682 |
| CHATHAM REINSURANCE CORPORATION | * * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER GRANTING CONSENT MOTION TO REVISE SCHEDULING ORDER

The Court, having considered the Consent Motion to Revise the Scheduling Order in this matter, and there appearing good grounds for the Motion, does this 25TH day of April, 2000, hereby

ORDER, that the Motion be and the same is hereby GRANTED; and it is further

ORDERED, that the Scheduling Order be revised in part as follows:

| | |
|---|---|
| Discovery deadline; submission of status report: | September 25, 2000 |
| Requests for admission filed: | October 2, 2000 |
| Dispositive motions deadline: | October 25, 2000 |

_____
Benson Everett Legg, United States District Judge