

LAW OFFICE | **Mary T. Keating**
ATTORNEY AT LAW
728 DEEPDENE ROAD    BALTIMORE, MARYLAND 21210

FILED _____ LODGED _____
MAY 2 2000
AT
CLERK U.S. D...
DISTRICT OF MARYLAND
BY _____ DEPUTY

(410) 532-8900
FACSIMILE (410) 532-8902
E-Mail marykeating@keating-law.com
url: www.keating-law.com

April 24, 2000

Honorable Benson Everett Legg
United States District Judge
United States District Court for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

      Re:    United States for the Use and Benefit of Bradley Industrial Textiles, Inc. v. Chatham Reinsurance Corporation, Inc., Civil Action No. L-00-CV-682

Dear Judge Legg:

      The parties to the captioned case have conferred, through counsel, and agree that each would like the right to have a maximum of 20 deposition hours for fact witnesses. In addition, we have agreed to the terms of the enclosed consent motion to revise the scheduling order, subject to the Court's approval, since I will be in trial for at least two weeks at the end of the currently scheduled discovery period. The original order has been filed with the Clerk. Thank you for your consideration of these matters.

                              Very truly yours,

                              Mary T. Keating

cc:    Eric A. Frechtel, Esquire
       Mr. Anthony Bradley