UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

January 29, 2001

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

MEMORANDUM TO COUNSEL RE:   United States of America/
Bradley Industrial Textiles, Inc. v.
Chatham Reinsurance Corporation
Civil #L-00-682

Maryland Excavating and Dredging Co. v.
Bradley Industrial Textiles, Inc.
Civil #L-00-2907

Dear Counsel:

A telephone conference will be held on February 6, 2001 at 4:00 p..m. to discuss the outstanding motions. One of counsel is asked to initiate this conference call.

The conference call may be recorded electronically; please, therefore, do not use a speaker phone. If recorded, a transcript may be obtained by making arrangements with the Clerk's Office.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file