UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

February 7, 2001

MEMORANDUM TO COUNSEL

Re:   Bradley Ind. Textiles v. Chatham Reinsurance Corp., Civ. #L-00-682;
      Md. Excavating & Dredging Co. v. Bradley Ind. Textiles, Inc., Civ. #L-00-2907

Dear Counsel:

On Tuesday, February 6, 2001, I held a telephone conference on Chatham Reinsurance Corporation's Motion to Consolidate the above entitled cases. For the reasons set forth in the telephone conference, I hereby GRANT the motion. Bradley Ind. Textiles v. Chatham Reinsurance Corp., (Civ. #L-00-682) shall be the lead case. Discovery in the combined case is extended according to the enclosed Scheduling Order.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file