IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>to the use and benefit of<br>BRADLEY INDUSTRIAL<br>TEXTILES, INC. | * * * | |
| Plaintiff | * | |
| v. | * | Civil Action No. L 00 -CV-682 |
| CHATHAM REINSURANCE<br>CORPORATION | * | |
| Defendant | * | |

\* \* \* \* \* \* \*

| | | |
|---|---|---|
| MARYLAND EXCAVATING AND<br>DREDGING COMPANY | * * | |
| Plaintiff/counter-defendant | * | Civil Action no. L00-2907 |
| v. | * | |
| BRADLEY INDUSTRIAL TEXTILES,<br>INC. | * | (CONSOLIDATED) |
| Defendant/counter-plaintiff | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER GRANTING MOTION FOR LEAVE TO FILE
AMENDED COUNTERCLAIMS BY BRADLEY INDUSTRIAL TEXTILES, INC.

The Court, having considered the Motion Requesting Leave to File Amended

Counterclaims by Bradley Industrial Textiles, Inc., and there being no opposition, and there

appearing good grounds for the Motion, does this 7th day of April, 2001, hereby

ORDER, that the Motion be and the same is hereby GRANTED; and does further



ORDER, that the Amended Counterclaims submitted by Bradley Industrial Textiles, Inc. is accepted for filing as of this date.

_____
Benson E. Legg, United States District Judge