IN THE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>to the use and benefit of<br>BRADLEY INDUSTRIAL TEXTILES, | * | |
| | * | CIVIL CASE NO.: L-00-682 |
| Plaintiff | * | |
| v. | * | |
| CHATHAM REINSURANCE<br>CORPORATION, | * | |
| Defendant | * | |
| MARYLAND EXCAVATING AND<br>DREDGING COMPANY, | * | |
| | * | CIVIL CASE NO.: L-00-2907<br>(consolidated with L-00-682) |
| Plaintiff/Counter-Defendant | * | |
| v. | * | |
| BRADLEY INDUSTRIAL TEXTILES, | * | |
| Defendant/Counter-Plaintiff | | |

## MOTION REQUESTING LEAVE TO FILE AMENDED COMPLAINT

Plaintiff/Counter-Defendant Maryland Excavating and Dredging Company (hereinafter "MEDCO" or "Plaintiff"), by and through its attorneys Alan H. Silverberg, Ruth-Ann E. Lane, and Summerfield, Willen, Silverberg & Limsky, P.A., hereby requests this Honorable Court grant leave to file an Amended Complaint against Bradley Industrial Textiles, Defendant/Counter-Plaintiff (hereinafter "Bradley"), in the above-captioned matter and in support thereof states:

1. Counsel for MEDCO conducted a telephone conversation with Mary T. Keating, Esq., attorney for Bradley during the morning of March 15, 2001, during which counsel for MEDCO requested permission to file an Amended Complaint. Counsel for Bradley indicated that this action was acceptable, and that Bradley would not oppose such a pleading.

*Motion Granted 4/16/01*
*Benson Legg*
*USDJ*