IN THE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA
to the use and benefit of
BRADLEY INDUSTRIAL TEXTILES,

    Plaintiff

v.

CHATHAM REINSURANCE
CORPORATION,

    Defendant

CIVIL CASE NO.: L-00-682

* * * * * *  * * * * * *

MARYLAND EXCAVATING AND
DREDGING COMPANY,

    Plaintiff

v.

BRADLEY INDUSTRIAL TEXTILES,

    Defendant

CIVIL CASE NO.: L-00-2907
(consolidated with L-00-682)

## ORDER OF COURT

UPON DUE CONSIDERATION of the foregoing Joint Request to Modify Scheduling Order and good cause having been shown, it is this 9th day of May, 2001 hereby **ORDERED** by the United States District Court for the District of Maryland that the current Scheduling Order be modified in the following manner:

A. The discovery deadline and submission of status report is extended from June 15, 2001 until July 16, 2001;

B. The admissions deadline is extended from June 28, 2001 until July 28, 2001; and

C. The dispositive pre-trial motion deadline is extended from July 1, 2001 until August 1, 2001.

_____
The Honorable Benson E. Legg, United
States District Court for the District of
Maryland