IN THE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MAY 1 4 200[ ]

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>to the use and benefit of<br>BRADLEY INDUSTRIAL TEXTILES, | * | |
| | * | CIVIL CASE NO.: L-00-682 |
| Plaintiff | * | |
| v. | * | |
| CHATHAM REINSURANCE<br>CORPORATION, | * | |
| Defendant | * | |

\* \* \* \* \* \*   \* \* \* \* \* \*

| | | |
|---|---|---|
| MARYLAND EXCAVATING AND<br>DREDGING COMPANY, | * | |
| | * | CIVIL CASE NO.: L-00-2907<br>(consolidated with L-00-682) |
| Plaintiff | * | |
| v. | * | |
| BRADLEY INDUSTRIAL TEXTILES, | * | |
| Defendant | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF PARTIES PURSUANT TO FEDERAL RULES 29 AND 36

Maryland Excavating and Dredging Company (hereinafter "MEDCO") and Bradley Industrial Textiles (hereinafter "Bradley"), by and through respective counsel, hereby enter this Stipulation of Parties Pursuant to Federal Rules 29 and 36 and state the following:

1. That on May 8, 2001, Alan H. Silverberg, Esq., counsel for MEDCO, contacted Mary T. Keating, Esq., counsel for Bradley, in order to discuss the possibility of an extension of time within which MEDCO was required to file a Response to Bradley's Request for the Admission of Facts and to the Genuineness of Documents.

2. That on May 8, 2001, counsel for Bradley informed Mr. Silverberg that she would agree to an extension of time until May 16, 2001.

3. That the parties have recently filed with this Honorable Court a Joint Request to Modify Scheduling Order, asking that the deadline for discovery be postponed from June 15,

APPROVED THIS _16th_ DAY OF _May, 2001_

_____
BENSON EVERETT LEGG, U.S.D.J.

1

2001 until July 16, 2001. Therefore, this minor extension of time regarding MEDCO's Response to Admissions will not interfere with the time set for the completion of discovery.

| | |
|---|---|
| /s/ Mary Keating /pls/ | /s/ Alan H. Silverberg / Ruth-Ann E. Lane |
| Mary T. Keating, Esq. | Alan H. Silverberg #24771 |
| 728 Deepdene Road | Ruth-Ann E. Lane #26310 |
| Baltimore, Maryland 21210 | Summerfield, Willen, Silverberg & Limsky, P.A. |
| Attorney for Bradley Industrial Textiles | 10019 Reisterstown Road, #301 |
| | Owings Mills, Maryland 21117 |
| | 410-363-4444 |
| | Attorneys for MEDCO |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th of May, 2001, a copy of the foregoing Stipulation of Parties Pursuant to Federal Rules 29 and 36 was mailed first-class, postage prepaid to:

David Gilliss, Esq.  
Niles, Barton & Wilmer  
111 S. Calvert Street, Suite #1400  
Baltimore, Maryland 21202  
Attorneys for Chatham  
    Reinsurance Corporation

Mary T. Keating, Esq.  
728 Deepdene Road  
Baltimore, Maryland 21210  
Attorney for Bradley Industrial Textiles

/s/ Ruth-Ann E. Lane  
Ruth-Ann E. Lane

2