UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
BENSON EVERETT LEGG
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

July 30, 2001

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 JUL 31  P 2:23

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

MEMORANDUM TO COUNSEL RE:   Bradley Industrial Textiles, Inc. v.
Chatham Reinsurance Corp.
Civil #L-00-682

Dear Counsel:

According to the docket, the motion for summary judgment that Bradley filed on October 25, 2000 is outstanding. Subsequent to the filing of the motion, the complaint was amended and a scheduling order issued. The scheduling order sets a deadline of August 1, 2001 for the filing of dispositive motions. Because the motion for summary judgment was overtaken by the amended complaint and scheduling order, I am directing the Clerk of Court to enter Paper #10 as DISMISSED WITHOUT PREJUDICE.

I remind counsel that the dispositive motions deadline is August 1, 2001.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

B. Legg

Benson Everett Legg

c:   Court file