IN THE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>to the use and benefit of<br>BRADLEY INDUSTRIAL TEXTILES,<br><br>    Plaintiff<br><br>v.<br><br>CHATHAM REINSURANCE<br>CORPORATION,<br><br>    Defendant | CIVIL CASE NO.: L-00-682<br><br>____FILED ____ENTERED<br>____LODGED ____RECEIVED<br><br>AUG 1 5 2001<br><br>AT BALTIMORE<br>CLERK U.S. DISTRICT COURT<br>DISTRICT OF MARYLAND<br>BY____ DEPUTY |
| MARYLAND EXCAVATING AND<br>DREDGING COMPANY,<br><br>    Plaintiff<br><br>v.<br><br>BRADLEY INDUSTRIAL TEXTILES,<br><br>    Defendant | CIVIL CASE NO.: L-00-2907<br>(consolidated with L-00-682) |

### MEDCO'S REQUEST FOR EXTENSION OF TIME

Maryland Excavating and Dredging Company (hereinafter "MEDCO"), by and through its attorneys Alan H. Silverberg, Ruth-Ann E. Lane, and Summerfield, Willen, Silverberg & Limsky, P.A., hereby enters this Request for Extension of Time and, for good cause, states:

    1.    That counsel for MEDCO was served with a Motion for Summary Judgment filed on behalf of Bradley Industrial Textiles, Inc. (hereinafter "Bradley") on or about August 2, 2001.

    2.    That, due to the voluminous nature of the documentary evidence and deposition transcripts involved in this matter, additional time is necessary in order to allow MEDCO to fully respond to Bradley's Motion for Summary Judgment.

    3.    That no trial date is currently scheduled for this case.

    4.    Should the Court grant MEDCO's Request, no prejudice will result to any involved party. Indeed, justice and equity will be served should this Request be granted.

WHEREFORE, Maryland Excavating and Dredging Company hereby respectfully requests that this Court:

A. Grant a time extension regarding MEDCO's Response to the Motion for Summary Judgment filed on behalf of Bradley Industrial Textiles, Inc. until September 10, 2001; and

B. Grant such other and further relief as this Court may deem necessary.

> Alan H. Silverberg #24771
> Ruth-Ann E. Lane #26310
> Summerfield, Willen, Silverberg & Limsky, P.A.
> 10019 Reisterstown Road, #301
> Owings Mills, Maryland  21117
> 410-363-4444
> Attorneys for MEDCO

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of August, 2001, a copy of the foregoing Request for Extension of Time and proposed Order of Court were mailed first-class, postage prepaid to:

Joel Williams, Esq.
Niles, Barton & Wilmer
111 S. Calvert Street, Suite #1400
Baltimore, Maryland  21202
Attorneys for Chatham
    Reinsurance Corporation

Mary T. Keating, Esq.
728 Deepdene Road
Baltimore, Maryland  21210
Attorney for Bradley Industrial Textiles

Alan H. Silverberg

*Approved*
*Benson Legg*
*[illegible]*
*8/15/01*

2

IN THE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>to the use and benefit of<br>BRADLEY INDUSTRIAL TEXTILES,<br><br>Plaintiff<br><br>v.<br><br>CHATHAM REINSURANCE<br>CORPORATION,<br><br>Defendant | CIVIL CASE NO.: L-00-682 |
| MARYLAND EXCAVATING AND<br>DREDGING COMPANY,<br><br>Plaintiff<br><br>v.<br><br>BRADLEY INDUSTRIAL TEXTILES,<br><br>Defendant | CIVIL CASE NO.: L-00-2907<br>(consolidated with L-00-682) |

## ORDER OF COURT

UPON DUE CONSIDERATION of the foregoing Request for Extension of Time filed on behalf of Maryland Excavating and Dredging Company, and good cause having been shown, it is this _15TH_ day of _August_, 2001, hereby ORDERED by the District Court for the District of Maryland:

    A.    That the Request be, and hereby is, GRANTED; and

    B.    That MEDCO file its Response to the Motion for Summary Judgment filed by Bradley Industrial Textiles no later than September 10, 2001.

_____
The Honorable Benson E. Legg
District Court for the District of Maryland