IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>to the use and benefit of<br>BRADLEY INDUSTRIAL<br>TEXTILES, INC.<br><br>    Plaintiff<br><br>v.<br><br>CHATHAM REINSURANCE<br>CORPORATION<br><br>    Defendant | *<br>*<br>*<br>*<br>*<br>*<br>*    Civil Action No. L 00 -CV-682<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The Court, having considered the motion to extend the deadline for filing a reply to the opposition memoranda to the motions for summary judgment, and there appearing good grounds for the Motion, does this 20TH day of September, 2001, hereby

ORDER that the Motion be and the same is hereby GRANTED; and it is further

ORDERED, that the reply memoranda of Bradley Industrial Textiles, Inc., be filed on or before October 4, 2001.

_____
Benson Everett Legg,
United States District Judge