IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 JAN 29 P 2: 56

CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA to the use and benefit of BRADLEY INDUSTRIAL TEXTILES, | : : : |
| Plaintiff v. | : : |
| CHATHAM REINSURANCE CORPORATION | CIVIL NO. L-00-682 (consolidated with L-00-2907) |
| Defendant v. | : : |
| MARYLAND EXCAVATING AND DREDGING COMPANY, | : : |
| Plaintiff/Counter-Defendant v. | : : |
| BRADLEY INDUSTRIAL TEXTILES | : : |
| Defendant/Counter-Plaintiff | : |

## ORDER

Now pending is Bradley Industrial Textiles, Inc.'s ("Bradley") Motion for Summary Judgment against both Chatham Reinsurance Corporation ("Chatham") and Maryland Excavating and Dredging Company ("MEDCO"). Bradley has moved for summary judgment on its own claims as well as the claims alleged against Bradley by MEDCO in the consolidated case, L-00-2907. Bradley's Complaint seeks to recover the purchase price of geotextile tubes sold to MEDCO and guaranteed by a payment bond executed by Chatham. MEDCO and Chatham deny liability under the theory that Bradley did not perform. Specifically, MEDCO and Chatham

contend that the geotextile tubes supplied by Bradley were defective and that these defects caused delays and other increased costs to MEDCO's project.

MEDCO's Complaint against Bradley in L-00-2907 seeks to recover the costs MEDCO incurred as a result of the alleged defects in the geotextile tubes supplied by Bradley. Three of the claims in MEDCO's Complaint stem from the dispute over the suitability of the geotextile tubes for MEDCO's project and the actions taken by Bradley to remedy the alleged problems. MEDCO also alleges three tort claims. MEDCO concedes in its Response to Bradley's Motion for Summary Judgment that its three tort claims can not withstand summary judgment.

Accordingly, Counts III, IV, and V of MEDCO's Complaint are hereby DISMISSED.

Upon review of the papers, it is clear that there were difficulties with the geotextile tubes, but it is unclear whether the difficulties were attributable to the product or MEDCO's improper use of the product. Accordingly, Bradley's Motion for Summary Judgment on the counts contained in its Complaint and the remaining counts contained in MEDCO's Complaint is hereby DENIED.

Counsel shall contact chambers at 410-962-0723 to arrange a trial date.

It is so ORDERED this 29th day of January, 2002.

Benson Everett Legg

United States District Judge