IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA :
to the use and benefit of :
BRADLEY INDUSTRIAL TEXTILES, :
:
    **Plaintiff** :
v. : CIVIL NO. L-00-682
: (consolidated with L-00-2907)
CHATHAM REINSURANCE :
CORPORATION :
:
    **Defendant** :
v. :
:
MARYLAND EXCAVATING AND :
DREDGING COMPANY, :
:
    **Plaintiff/Counter-Defendant** :
v. :
:
BRADLEY INDUSTRIAL TEXTILES :
:
    **Defendant/Counter-Plaintiff** :

## ORDER

On February 20, 2002, a telephone conference was held and the following schedule was established:

The Pretrial Order is due <u>May 17, 2002</u>.

A Pretrial Conference will be held on <u>May 24, 2002</u>, at 9:00 a.m. The Pretrial Conference will be held in-court.

Trial will begin on <u>June 3, 2002</u> and continue on June 4th and 5th, as necessary.

It is so ORDERED this 20TH day of February, 2002.

/s/ Benson Legg
Benson Everett Legg
United States District Judge