## NILES, BARTON & WILMER, LLP

ATTORNEYS AT LAW
SUITE 1400
111 S. CALVERT STREET
BALTIMORE, MARYLAND 21202-6185

WASHINGTON, D. C. 20006
1616 H STREET, N.W.
202-737-0512

TELEPHONE 410-783-6300
FACSIMILE 410-783-6363
WEBSITE www.niles-law.com

WRITER'S DIRECT CONTACT
(410) 783-6368

February 21, 2002

The Honorable Benson E. Legg
United States District Court
Garmatz Federal Courthouse
3rd Floor, Room 340
101 W. Lombard Street
Baltimore, Maryland 21201

Re:   REQUEST FOR LEAVE TO SUBSTITUTE COUNSEL

*United States of America for the use and benefit of Bradley Industrial Textiles, Inc. v. Chatham Reinsurance Corporation and Maryland Excavating and Dredging Company* (Consolidated Case No.: L 00-CV-682)

Dear Judge Legg:

This office represents Defendant Chatham Reinsurance Corporation in the above-referenced case. A recent review revealed that an attorney no longer with our firm, Eric Frechtel, remains on the court docket as counsel for Chatham. I am writing pursuant to Local Rule 102.2 to request leave to substitute my appearance in place of Mr. Frechtel. David Gilliss of our office remains as co-counsel on behalf of Defendant Chatham.

Thank you for your consideration.

Respectfully,

Joel P. Williams
Federal Bar No. 24944

The foregoing request for leave to substitute counsel is granted, and Joel P. Williams is hereby substituted in place of Eric A. Frechtel as counsel for Defendant Chatham Reinsurance Corporation.

2/25/02
Dated

Benson E. Legg, Judge
United States District Court

The Honorable Benson E. Legg
February 21, 2002
Page 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___21st___ day of February, 2002 a copy of the foregoing letter request for leave to substitute counsel was mailed, postage pre-paid to:

      Mary T. Keating, Esquire
      728 Deepdene Road
      Baltimore, Maryland 21210
      **Attorney for Plaintiff Bradley Industrial Textiles**

      Alan H. Silverberg, Esquire
      Summerfield, Willen, Silverberg & Limsky, P.A.
      10019 Reisterstown Road, Suite 301
      Owings Mills, Maryland 21117-3910
      **Attorney for MEDCO**

      Eric A. Frechtel, Esquire
      Spriggs and Hollingsworth
      1350 I Street, NW
      9th Floor
      Washington, D.C. 20005

                _____
                JOEL P. WILLIAMS