```
                                                         FILED
                                                  U.S. DISTRICT COURT
         IN THE UNITED STATES DISTRICT COURT   DISTRICT OF MARYLAND
              FOR THE DISTRICT OF MARYLAND
                                                  2002 MAY 29  A 11: 36
```

| | | |
|---|---|---|
| **BRADLEY INDUSTRIAL** | : | CLERK'S OFFICE |
| **TEXTILES, INC.** | : | AT BALTIMORE |
| | : | BY_____DEPUTY |
| v. | : | Civil No. L-00-682 |
| | : | |
| **CHATHAM REINSURANCE** | : | |
| **CORPORATION** | : | |

## ORDER

On May 24, 2002, the Court held a pretrial conference in the above-captioned case. Pursuant to the conference, the Court hereby rules as follows:

(i)   By May 29, 2002, counsel for Bradley, Medco, and Chatham shall each submit a three-ring binder(s) to the Court containing that party's exhibits. Additionally, counsel shall exchange exhibit lists.

(ii)  By May 30, 2002, counsel shall submit an annotated list of the other parties' exhibits to the Court stating any objections and the grounds for the objections.

(iii) The Court will review the parties' objections to the exhibits and make determinations as to admissibility.

(iv)  Mr. Silverberg, counsel for MEDCO, represented to the Court that MEDCO is withdrawing its claim under Count 6. Accordingly, Counts 1 and 2 are MEDCO's only remaining counts.

(v)   The trial will be held on June 3, 2002, from 9:00 a.m. until 5:00 p.m., on June 4,

2002, from 9:30 a.m. until 5:00 p.m., and on June 5, 2002, from 9:00 a.m. until 5:00 p.m.

It is so ORDERED this <u>29TH</u> day of May, 2002.

_____
Benson Everett Legg
United States District Judge