IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, to the use and benefit of BRADLEY INDUSTRIAL TEXTILES, INC.<br><br>Plaintiff<br><br>v.<br><br>CHATHAM REINSURANCE CORPORATION<br><br>Defendant | Civil Action No. L 00 -CV-682 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION FOR REVISION OF BRIEFING SCHEDULE

Plaintiff, United States for the use and benefit of Bradley Industrial Textiles, Inc., by its attorney Mary T. Keating, Defendant Chatham Reinsurance Corporation, by its attorney Joel P. Williams, and Plaintiff/Counter-Defendant Maryland Excavating and Dredging Company, by its attorney Alan H. Silverberg, hereby jointly move the Court for a slight extension to the agreed briefing schedule preceding closing argument. Because oral argument could not be scheduled until July 25, 2002, and because the parties have ordered portions of the transcript of the proceedings to aid in their memoranda, the parties request that the time for simultaneous submission and exchange of briefs be extended

WHEREFORE, the parties respectfully request this Court to grant their Motion and permit them to file and exchange closing briefs on or before July 3, 2002. Counsel for defendants have both authorized Mary Keating to sign their names to this Motion.

Respectfully submitted,

_____
Joel P. Williams
Federal Bar No. 024944
111 South Calvert Street, suite 1400
Baltimore, Maryland 21202
(410) 752-1040

Attorney for Chatham Reinsurance Corporation,
Defendant

_____
Mary T. Keating
Federal Bar No. 04265
728 Deepdene Road
Baltimore, Maryland 21210
(410) 532-8900

Attorney for Bradley Industrial Textiles,
Inc., Use Plaintiff

_____
Alan H. Silverberg, Esquire
Federal Bar No. 24771
Summerfield, Willen, Silverberg & Limsky
10019 Reisterstown Road, Suite 301
Owings Mills, MD 21117

Attorney for Maryland Excavating and Dredging Company


Approved:

_____
Benson Everett Legg,   6/24/02
United States District Judge

LAW OFFICE

# Mary T. Keating

ATTORNEY AT LAW
728 DEEPDENE ROAD   BALTIMORE, MARYLAND 21210

(410) 532-8900
FACSIMILE: (410) 532-8902
E-Mail: marykeating@keating-law.com
url: www.keating-law.com

June 20, 2002

**By Hand Delivery**

Clerk, United States District Court
for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

      Re:    Bradley Industrial Textiles, Inc. v. Chatham Reinsurance Corporation,
              Civil Action no. L-00-682

Dear Mr. or Madam Clerk:

      Enclosed for filing are the original and two copies of the Consent Motion for Revision of Briefing Schedule. I would appreciate your returning a date-stamped copy to me in the enclosed envelope. Thank you for your cooperation.

                                      Very truly yours,

                                      Mary T. Keating

cc:    Honorable Benson Everett Legg
        Mr. Anthony S. Bradley
        Joel P. Williams, Esquire
        Alan H. Silverberg, Esquire