FILED
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2002 SEP -5  P 3: 14

| | |
|---|---|
| UNITED STATES OF AMERICA<br>to the use and benefit of<br>BRADLEY INDUSTRIAL TEXTILES, : <br><br>    Plaintiff<br>v.<br><br>CHATHAM REINSURANCE<br>CORPORATION<br><br>    Defendant<br>v.<br><br>MARYLAND EXCAVATING AND<br>DREDGING COMPANY,<br><br>    Plaintiff/Counter-Defendant<br>v.<br><br>BRADLEY INDUSTRIAL TEXTILES<br><br>    Defendant/Counter-Plaintiff | CIVIL NO. L-00-682<br>(consolidated with L-00-2907) |

## ORDER

On October 4, 2001, Bradley Industrial Textiles, Inc. filed a motion for sanctions. For the reasons discussed in the telephone conference held on February 20, 2002, Bradley Industrial's motion for sanctions is DENIED.

It is so ORDERED this 4 7th day of September, 2002.

B. Legg
Benson Everett Legg
United States District Judge