FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 FEB -6  A 11: 07

AT BALTIMORE

_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| to the use and benefit of | : | |
| BRADLEY INDUSTRIAL TEXTILES, INC. | : | |
| | : | |
| v. | : | Civil No. L-00-682 |
| | : | |
| CHATHAM REINSURANCE | : | |
| CORPORATION | : | |
| | | |
| MARYLAND EXCAVATING AND | : | |
| DREDGING COMPANY | : | |
| | : | |
| v. | : | Civil No. L-00-2907 |
| | : | |
| BRADLEY INDUSTRIAL TEXTILES | : | |

## ORDER

Between these two consolidated cases, six counts are still viable. For the reasons stated in the Memorandum Opinion of even date, this Court ENTERS JUDGMENT as follows:

A. **Bradley Industrial Textiles, Inc. v. Chatham Reinsurance Corporation**, Civil No. L-00-682

   (i)   under Count I (violation of the Miller Act), for Bradley Industrial Textiles, Inc., and against Defendant Chatham Reinsurance Corporation, in the amount of $39,827.96;

B. **Maryland Excavating and Dredging Company v. Bradley Industrial Textiles, Inc.**, Civil No. L-00-2907

   (i)   under Count I of the amended counterclaim (breach of contract), for Bradley Industrial Textiles, Inc., and against Maryland Excavating and Dredging Company, in the amount of $39,827.96;

   (ii)  under Count II of the amended counterclaim (violation of the Prompt Payment Act), for Bradley Industrial Textiles, Inc., and against Counter-Defendant Maryland Excavating and Dredging Company, in the amount of $39,827.96;

    (iii)    under Count III of the amended counterclaim (conversion), for Bradley Industrial Textiles, Inc., and against Counter-Defendant Maryland Excavating and Dredging Company, in the amount of $39,827.96;

    (iv)    under Count I of the amended complaint (breach of contract), Maryland Excavating and Dredging Company is not entitled to relief and judgment is entered for Defendant Bradley Industrial Textiles, Inc.; and

    (v)    under Count II of the amended complaint (breach of implied warranties), Maryland Excavating and Dredging Company is not entitled to relief and judgment is entered for Defendant Bradley Industrial Textiles, Inc.

The damages awards above are concurrent rather than consecutive. In effect, Chatham Reinsurance Corporation and Maryland Excavating and Dredging Company are jointly and severally liable for the amount of $39,827.96. Accordingly, a dollar paid toward the judgment on any of these counts will also be applied dollar for dollar towards the judgments on the other counts.

For prejudgment interest on the damages awarded under these counts since October 1, 1999, calculated at 6% per year for 3 years plus $6.55 per day for 126 days, the Court ENTERS JUDGMENT against Defendant Chatham Reinsurance Corporation and Counter-Defendant Maryland Excavating and Dredging Company, jointly and severally, in the amount of $7,994.33.

The Court DIRECTS the CLERK to CLOSE the CASE.

It is so ORDERED this _4TH_ day of February, 2003.

                                                    Benson Everett Legg
                                                    Chief Judge