Bradley Industrial Textiles, Inc.
P.O. Box 254
Valparaiso FL 32580

March 27, 2003

In Reference To:   Miller Act claim against MEDCO, surety.

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| <u>Paralegal</u> | | | | |
| 10/25/2000 PAR | Prepare all exhibits for summary judgment motion | | 2.80 | |
| 10/31/2000 PAR | Index documents. | | 2.90 | |
| PAR | Index documents received from Chatham/ | | 1.00 | |
| 11/1/2000 PAR | Index documents from defendants | | 1.80 | |
| 11/2/2000 PAR | Index documents | | 0.30 | |
| 11/3/2000 PAR | Index documents | | 0.75 | |
| 11/6/2000 PAR | Index documents from defendants. | | 1.00 | |
| 11/10/2000 PAR | Index documents from defendants. | | 3.80 | |
| 11/14/2000 PAR | Finish index documents from defendant. | | 1.60 | |
| 11/15/2000 PAR | Review facts that could support reply to summary judgment motion, conference with MTK re same. | | 1.70 | |
| 11/16/2000 PAR | Prepare exhibits for use in reply. | | 3.30 | |
| 7/11/2001 PAR | Prepare documents for Chatham deposition. | | 1.60 | |
| 8/1/2001 PAR | Prepared and finalized Motion for Summary Judgment. | | 8.25 | |
| 8/2/2001 PAR | Index documents, files. | | 2.50 | |
| 5/2/2002 PAR | Prepare subpoenas to Franklin, Blama, Piper. | | 0.50 | |
| 6/3/2002 PAR | Attend trial. | | 8.00 | |
| | SUBTOTAL: | [ | 41.80 | 1,045.00] |
| <u>mtk</u> | | | | |
| 1/21/2000 mtk | Telephone from Anthony Bradley, briefly research Miller Act statute and local case law. | | 1.00 | |
| mtk | Telephone from Tony Bradley. | | 0.20 | |
| 1/24/2000 mtk | Telephone from Tony Bradley and notes to file. | | 0.30 | |
| 2/2/2000 mtk | Telephone from Bradley re facts of case, strategy. | | 1.10 | |
| mtk | Research for Miller Act, other claims with attorney fee potential. | | 1.50 | |

Bradley Industrial Textiles, Inc.                                                                             Page        2

|            |     |                                                                                                          | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------|-------|--------|
| 2/9/2000   | mtk | Research fee-shifting statutes.                                                                          | 0.50  |        |
| 2/14/2000  | mtk | Telephone from Tony Bradley                                                                              | 0.60  |        |
| 3/2/2000   | mtk | Research pleading requirements.                                                                          | 0.70  |        |
|            | mtk | Research pleading requirements.                                                                          | 0.70  |        |
| 3/7/2000   | mtk | Prepare complaint, revise chronology, fax to client.                                                     | 3.60  |        |
| 3/8/2000   | mtk | Telephone from Tony Bradley re revisions to complaint, revise complaint, prepare civil cover sheet, prepare for filing. | 1.30  |        |
| 3/9/2000   | mtk | File complaint in court.                                                                                 | 0.20  |        |
| 3/16/2000  | mtk | Letter to Bradley with summons and corporate declaration.                                                | 0.20  |        |
| 4/19/2000  | mtk | Telephone from Tony Bradley, fax to Bradley the answer and scheduling order.                             | 0.50  |        |
|            | mtk | Letter to Frechtel re deposition hour limitation and scheduling order.                                   | 0.30  |        |
| 4/24/2000  | mtk | Telephone from Frechtel re alterations to scheduling order, letter to Judge Legg re deposition hour limitation, revision to scheduling order. | 0.30  |        |
| 7/13/2000  | mtk | Research local Miller Act cases.                                                                         | 0.70  |        |
| 7/18/2000  | mtk | Prepare interrogatories and requests for production of documents, e-mail same to client for comments.    | 2.70  |        |
| 7/26/2000  | mtk | Revise discovery.                                                                                        | 0.50  |        |
|            | mtk | Finalize discovery, letter to client with copy.                                                          | 1.00  |        |
| 7/27/2000  | mtk | Review Prompt Payment Act requirements.                                                                  | 0.30  |        |
| 8/9/2000   | mtk | Telephone from Frechtel.                                                                                 | 0.30  |        |
| 8/10/2000  | mtk | Telephone to Bradley and telephone from Bradley, fax discovery to Tony Bradley.                          | 0.60  |        |
| 8/11/2000  | mtk | Fax of case from Bradley, set up answers to interrogatory format, answer legal issue questions.          | 1.00  |        |
| 8/14/2000  | mtk | Telephone from client, telephone to Frechtel re third-party complaint against MEDCO.                     | 0.60  |        |
| 9/5/2000   | mtk | Telephone from client.                                                                                   | 0.20  |        |
| 9/21/2000  | mtk | Review documents, message to client re recommendation on discovery period.                               | 0.80  |        |
| 9/27/2000  | mtk | Letter from Silverberg re MEDCO complaint, letter to client re new complaint.                            | 0.40  |        |
| 9/29/2000  | mtk | Telephone from client, index documents.                                                                  | 2.40  |        |
| 10/2/2000  | mtk | Prepare requests for admissions.                                                                         | 1.50  |        |
| 10/5/2000  | mtk | Telephone from client, letter from Frechtel, telephone to Frechtel.                                      | 0.40  |        |
| 10/9/2000  | mtk | Letter to Frechtel, letter from Bradley with updates to interrogatories.                                 | 1.00  |        |

Bradley Industrial Textiles, Inc.                                                                                               Page     3

|  |  | Hours | Amount |
|---|---|---:|---|
| 10/10/2000 mtk | Telephone to Frechtel re discovery, email from client re same | 0.30 |  |
| 10/11/2000 mtk | Telephone from client. | 0.70 |  |
| 10/12/2000 mtk | Finalize and serve discovery, letter from Frechtel, letter to client. | 0.40 |  |
| 10/19/2000 mtk | Research for summary judgment motion, telephone from and fax to client. | 2.60 |  |
| 10/20/2000 mtk | Letter to Frechtel. | 0.30 |  |
| 10/21/2000 mtk | Research for motion. | 0.50 |  |
| 10/23/2000 mtk | Finalize research, draft affidavit for Bradley, work on motion. | 4.30 |  |
| 10/24/2000 mtk | Meet with paralegal, work on motion. | 1.50 |  |
| 10/25/2000 mtk | Finalize affidavit and motion, phone call from Tony Bradley, letter from and to Frechtel. | 4.80 |  |
| 10/26/2000 mtk | Telephone from Frechtel, meet with Frechtel re discovery dispute. | 0.90 |  |
| 10/30/2000 mtk | Meet with CVG re documents produced, and indexing same. | 0.20 |  |
| 11/1/2000 mtk | Review response to requests for admissions, motion for consolidation filed by Chatham. | 0.90 |  |
| 11/7/2000 mtk | Letter to Frechtel re discovery | 0.30 |  |
| 11/10/2000 mtk | Meet with CVG re good documents to support motion for summary judgment, telephone from Tony Bradley. | 0.80 |  |
| 11/14/2000 mtk | Review opposition to motion for summary judgment, letter to Bradley. | 1.30 |  |
| 11/16/2000 mtk | Plan reply in support of motion for summary judgment. | 1.40 |  |
| mtk | Prepare opposition to motion to consolidate | 0.70 |  |
| 11/20/2000 mtk | Telephone from client, work on reply memorandum. | 5.10 |  |
| 11/21/2000 mtk | Prepare chronological depiction of events for reply. | 2.10 |  |
| 11/26/2000 mtk | Prepare reply. | 3.80 |  |
| 11/27/2000 mtk | Finalize and file reply. | 2.70 |  |
| 12/6/2000 mtk | Telephone from Dick White, representing Corps of Engineers. | 0.20 |  |
| 1/31/2001 mtk | Letter from Judge Legg re conference on motions | 0.10 |  |
| 4/20/2001 mtk | Telephone from Eric Frechtel re requests for admissions, letter to Frechtel. | 0.30 |  |
| 5/23/2001 mtk | Telephone to Chatham's lawyer. | 0.30 |  |
| 6/1/2001 mtk | Telephone from Williams re: Chatham deposition. | 0.10 |  |
| 7/9/2001 mtk | Prepare for Piper deposition, depose Piper, email to Bradley, telephone from Florida court reporter re Koochin. | 3.80 |  |
| 7/11/2001 mtk | Prepare for and depose Chatham representative (Alongi). | 1.80 |  |
| mtk | Prepare for Chatham deposition. | 2.00 |  |
| 7/12/2001 mtk | Meet with counsel to discuss settlement, status report, telephone to Bradley re deposition of Chatham. | 2.50 |  |

Bradley Industrial Textiles, Inc.                                                                                       Page        4

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 7/13/2001 | mtk | Fax from Joel Williams re status report, telephone from Tony Bradley re summary judgment, file status report. | 2.10 |  |
| 7/29/2001 | mtk | Index Alongi deposition into database. | 0.90 |  |
| 8/7/2001 | mtk | Begin preparation of Rule 11 Motion. | 1.40 |  |
| 8/13/2001 | mtk | Telephone from Joel Williams, consent to extension. | 0.60 |  |
| 8/16/2001 | mtk | E-mail from and to counsel, review order. | 0.40 |  |
| 9/19/2001 | mtk | Telephone to Williams. | 0.10 |  |
| 11/21/2001 | mtk | E-mail to and telephone from Bradley. | 0.70 |  |
| 12/6/2001 | mtk | Letter to Tony Bradley re status. | 0.20 |  |
| 12/13/2001 | mtk | Telephone from Tony Bradley. | 0.30 |  |
| 5/1/2002 | mtk | Prepare exhibit list for trial. | 3.10 |  |
| 5/2/2002 | mtk | Finalize pretrial submission to counsel for MEDCO and Chatham; letter to Impallaria re subpoenas for employees. | 4.20 |  |
| 5/7/2002 | mtk | Telephone from Tony Bradley; outline tasks for trial. | 1.80 |  |
| 6/3/2002 | mtk | Attend trial, prepare for next day. | 12.10 |  |
| 6/7/2002 | mtk | Attend trial. | 9.00 |  |
| 6/26/2002 | mtk | Prepare introduction to brief. | 1.80 |  |
| 1/27/2003 | mtk | E-mail from and telephone from Bradley. | 0.40 |  |
| 1/28/2003 | mtk | Review Bradley issues. | 0.30 |  |
|  | SUBTOTAL: |  | [ 113.50 | 17,025.00] |
|  | For professional services rendered |  | 155.30 | $18,070.00 |

Additional Charges :

mtk

| 3/8/2000 | mtk | Filing fee. |
| 3/24/2000 | mtk | Process server's fee. |
| 7/18/2001 | mtk | Deposition transcripts of Blama and Franklin |
| 7/25/2001 | mtk | Deposition transcripts -- Bitton, Corts, Piper, Alongi |
| 7/30/2001 | mtk | Deposition transcript, Bradley |
|  | mtk | Deposition transcript, Koochin |
| 8/7/2001 | mtk | Long distance conference call, Koochin. |

Bradley Industrial Textiles, Inc.                                                                                         Page          5

                                                                              Amount

| Date | | Description | Invoice | Amount |
|---|---|---|---|---|
| 8/15/2001 | mtk | Federal express charges to Koochin. | | |
| | mtk | Federal express charges to Bradley. | | |
| 6/25/2002 | mtk | Subpoena service, Piper. | | |
| 7/5/2002 | mtk | Corporate search on MEDCO. | | |
| | mtk | Messenger fees. | | |
| | | SUBTOTAL: | | [ 5,570.73] |
| | | Total costs | | $5,570.73 |
| 3/3/2000 | | Payment from trust account | | ($780.00) |
| 3/3/2000 | | Invoice | 11121 | $780.00 |
| 3/16/2000 | | Payment from trust account | | ($1,203.00) |
| 3/31/2000 | | Invoice | 11150 | $1,203.00 |
| 4/29/2000 | | Payment from trust account | | ($165.00) |
| 4/29/2000 | | Invoice No. 11189 | 11189 | $165.00 |
| 8/1/2000 | | Payment from trust account | | ($780.00) |
| 8/1/2000 | | Invoice No. 11263 | 11263 | $780.00 |
| 9/6/2000 | | Payment from escrow account. | | ($220.00) |
| 9/6/2000 | | Invoice No. 11283 | 11283 | $375.00 |
| 9/29/2000 | | Invoice No. 11305 | 11305 | $570.00 |
| 10/2/2000 | | Payment - thank you | | ($155.00) |
| 11/2/2000 | | Invoice No. 11324 | 11324 | $3,077.50 |
| 11/20/2000 | | Payment - thank you | | ($725.00) |
| 12/3/2000 | | Invoice No. 11348 | 11348 | $3,221.25 |
| 12/4/2000 | | Payment - thank you | | ($6,000.00) |
| 1/3/2001 | | Invoice No. 11386 | 11386 | $30.00 |
| 1/22/2001 | | Payment - thank you | | ($143.75) |
| 1/29/2001 | | Payment - thank you | | ($30.00) |
| 2/1/2001 | | Invoice No. 11396 | 11396 | $15.00 |
| 2/26/2001 | | Payment - thank you | | ($15.00) |
| 5/2/2001 | | Invoice No. 11467 | 11467 | $45.00 |
| 6/7/2001 | | Payment - thank you | | ($45.00) |
| 6/15/2001 | | Invoice No. 11494 | 11494 | $45.00 |
| 6/29/2001 | | Payment - thank you | | ($45.00) |

Bradley Industrial Textiles, Inc.                                                                                          Page        6

|  |  | Amount |
|---|---|---|
| 7/10/2001 Invoice No. 11516 | 11516 | $15.00 |
| 8/4/2001 Invoice No. 11540 | 11540 | $6,592.25 |
| 9/4/2001 Invoice No. 11566 | 11566 | $1,239.48 |
| 10/6/2001 Invoice No. 11586 | 11586 | $15.00 |
| 11/30/2001 Invoice No. 11640 | 11640 | $105.00 |
| 1/4/2002 Invoice No. 11674 | 11674 | $75.00 |
| 2/4/2002 Payment - thank you |  | ($6,000.00) |
| 4/19/2002 Payment - thank you |  | ($2,041.73) |
| 6/6/2002 Invoice No. 11842 | 11842 | $1,377.50 |
| 7/5/2002 Invoice No. 11870 | 11870 | $3,690.00 |
| 8/2/2002 Invoice No. 11889 | 11889 | $119.75 |
| 8/19/2002 Payment - thank you |  | ($1,865.75) |
| 9/25/2002 Payment - thank you |  | ($3,321.50) |
| 1/31/2003 Invoice No. 12006 | 12006 | $105.00 |
| 2/3/2003 Payment - thank you |  | ($105.00) |
|  |  |  |
| 2/7/2000 Payment to trust account |  | $1,000.00 |
| 3/3/2000 Payment from trust account |  | ($780.00) |
| 3/16/2000 Payment to trust account |  | $1,150.00 |
| 3/16/2000 Payment from trust account |  | ($1,203.00) |
| 3/16/2000 Withdrawal from account |  | ($1,150.00) |
| 3/21/2000 Payment to trust account |  | $1,150.00 |
| 4/29/2000 Payment from trust account |  | ($165.00) |
| 5/9/2000 Payment to trust account |  | $1,000.00 |
| 8/1/2000 Payment from trust account |  | ($780.00) |
| New balance of Client funds |  | $222.00 |

Bradley Industrial Textiles, Inc.
P.O. Box 254
Valparaiso FL 32580

March 27, 2003

In Reference To:   Claim by MEDCO.

Professional Services

|  |  | Hours | Amount |
|---|---|---:|---|
| **Paralegal** | | | |
| 1/3/2001 PAR | Prepare documents for production. | 1.25 | |
| 2/2/2001 PAR | Revise and update answers to interrogatories | 1.00 | |
| 2/5/2001 PAR | Research on Chatham insurance rating. | 0.50 | |
| 2/26/2001 PAR | Number and copy documents for client. | 3.75 | |
| 2/27/2001 PAR | Index documents from Army Corps of Engineers | 1.75 | |
| 2/28/2001 PAR | Index documents from Army Corps of Engineers. | 1.10 | |
| 3/2/2001 PAR | Index documents from Army Corps of Engineers (paralegal). | 5.30 | |
| 3/5/2001 PAR | Index documents from Army Corps of Engineers (paralegal). | 3.75 | |
| 3/27/2001 PAR | Prepare document list of Corps documents | 3.00 | |
| 4/9/2001 PAR | Letter to Sherriff's office for police report regarding Eliana vandalism. | 0.30 | |
| 5/2/2001 PAR | Prepare answer to counterclaim -- intentional interference with contract count. | 0.80 | |
| 5/10/2001 PAR | Index documents: amended complaint and MEDCO's response to amended complaint. | 1.50 | |
| 5/22/2001 PAR | Index documents, added issues. | 1.10 | |
| 5/29/2001 PAR | Updated database with issues. | 0.60 | |
| 6/11/2001 PAR | Prepare Koochin subpoena. | 0.20 | |
| 6/25/2001 PAR | Prepare Bitton deposition outline. | 1.00 | |
| 6/26/2001 PAR | Prepare for Bitton deposition. | 1.75 | |
| 6/27/2001 PAR | Prepare for Bitton deposition. | 3.75 | |
| 6/29/2001 PAR | Prepare outline and documents for Corts deposition. | 4.25 | |
| 7/3/2001 PAR | Prepare documents for Blama, Koochin and Franklin depositions. | 4.25 | |
| 7/30/2001 PAR | Prepare calendar of MEDCO failures. | 2.50 | |
| 7/31/2001 PAR | Prepare and finalize calendar exhibit. | 3.25 | |
| 9/20/2001 PAR | Review reply to Motion for Summary Judgment. | 0.50 | |
| 10/4/2001 PAR | Prepared and reviewed Motion for Summary Judgment Reply, sent out motion. | 2.90 | |
| 10/18/2001 PAR | Review pleadings. | 0.50 | |

Bradley Industrial Textiles, Inc.                                                                 Page     2

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 4/22/2002 | PAR | Index documents provided by MEDCO and copied documents for client. | 1.50 | |
| 5/14/2002 | PAR | Send exhibit list, pretrial draft to Tony Bradley via fax, prepared trial notebook with exhibits, etc. | 3.00 | |
| 5/15/2002 | PAR | Prepared for notebook for pretrial conference. | 1.50 | |
| | PAR | Prepare outline for Blama. Conference with MTK. | 2.00 | |
| 5/20/2002 | PAR | Prepare trial notebooks. | 3.30 | |
| 5/21/2002 | PAR | Prepare notebooks for trial, prepare exhibits, etc for trial. | 5.70 | |
| 5/23/2002 | PAR | Prepare notebooks, trial preparation. | 3.25 | |
| 5/28/2002 | PAR | Prepared notebooks for trial, exhibit trial table, exhibit cards for Judge. | 4.20 | |
| 5/29/2002 | PAR | Prepare notebooks for trial: Counsels, Plaintiff's. | 2.00 | |
| 5/30/2002 | PAR | Prepare for trial. | 2.70 | |
| 6/2/2002 | PAR | Prepare for trial. | 2.50 | |
| 6/4/2002 | PAR | Attend trial. | 9.00 | |
| 6/7/2002 | PAR | Attend trial. | 9.00 | |
| 2/13/2003 | PAR | Research bill of costs. | 0.75 | |
| | | SUBTOTAL: | [ 100.95 | 2,523.75] |

      mtk

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| 10/2/2000 | mtk | Letter to Silverberg. | 0.10 |
| 10/5/2000 | mtk | Telephone from client re MEDCO suit. | 0.60 |
| 10/9/2000 | mtk | Telephone from insurance company representative. | 0.20 |
| 10/20/2000 | mtk | Research MEDCO court filings. | 0.60 |
| 10/25/2000 | mtk | Telephone from Tony Bradley re answer and counterclaims, research re consolidation. | 0.90 |
| 10/30/2000 | mtk | Review Prompt Payment Act provisions, draft answer. | 1.50 |
| 10/31/2000 | mtk | Finalize answer, draft counterclaims on prompt payment act. | 2.10 |
| 11/6/2000 | mtk | Research and draft memorandum in opposition to motion to consolidate filed by MEDCO. | 3.60 |
| 11/7/2000 | mtk | Finalize and file opposition to motion to consolidate. | 0.50 |
| 11/10/2000 | mtk | Revise FOIA letter, fax to Tony Bradley. | 0.60 |
| 11/13/2000 | mtk | Prepare annotated counterclaim. | 0.40 |
| 11/27/2000 | mtk | Telephone from Doug Kornreich at Army Corps of Engineers, prepare and fax FOIA letter. | 0.50 |
| 12/29/2000 | mtk | Prepare answers to interrogatories. | 2.20 |

Bradley Industrial Textiles, Inc.                                                                            Page        3

|            |     |                                                                                               | Hours | Amount |
|------------|-----|-----------------------------------------------------------------------------------------------|-------|--------|
| 1/2/2001   | mtk | Revise answers to interrogatories.                                                            | 2.20  |        |
| 1/4/2001   | mtk | Prepare update to document responses, letter to Bradley, edit interrogatory answers.          | 2.60  |        |
| 1/5/2001   | mtk | E-mail from client, telephone from Dick White.                                                | 0.50  |        |
| 1/8/2001   | mtk | Review documents at office of Army Corps of Engineers.                                        | 3.20  |        |
| 1/9/2001   | mtk | Fax from Bradley, telephone from Bradley re addition to counterclaim.                         | 0.80  |        |
| 2/1/2001   | mtk | Telephone from Tony Bradley twice, revise answers to interrogatories.                         | 1.50  |        |
| 2/2/2001   | mtk | Revise answers, fax to client.                                                                | 1.10  |        |
| 2/3/2001   | mtk | Finalize discovery response, serve on opposing counsel.                                       | 1.00  |        |
| 2/6/2001   | mtk | Prepare for and participate in phone hearing on motion to consolidate.                        | 1.50  |        |
| 2/9/2001   | mtk | Review scheduling order, letter to Bradley.                                                   | 0.30  |        |
| 2/20/2001  | mtk | Telephone from and fax from client, research on insurance claims.                             | 1.70  |        |
| 2/22/2001  | mtk | Review cases on insurance coverage.                                                           | 0.80  |        |
| 2/25/2001  | mtk | Research insurance coverage on property damage claim in Florida                               | 1.00  |        |
| 2/26/2001  | mtk | E-mail from and to client, conference with CVG, review Florida cases.                         | 2.30  |        |
| 2/27/2001  | mtk | Telephone from client re status of insurance coverage dispute, strategy for discovery in face of uncertainty of coverage. | 0.70  |        |
| 3/1/2001   | mtk | Telephone from client.                                                                        | 0.40  |        |
| 3/2/2001   | mtk | Letter to Dick White, email from client.                                                      | 0.10  |        |
| 3/5/2001   | mtk | E-mail from client re RICO facts, telephone to client re possible claim.                      | 1.10  |        |
| 3/6/2001   | mtk | Telephone from Tony Bradley, PACER research regarding other cases involving MEDCO.            | 0.90  |        |
| 3/7/2001   | mtk | Telephone to Donaty re Toyo Pump.                                                             | 0.10  |        |
| 3/15/2001  | mtk | Meet with paralegal re MEDCO asset earch, telephone from MEDCO attorney re amendment to complaint. | 1.10  |        |
| 3/16/2001  | mtk | Telephone to Tony Bradley with discovery plan, conference with paralegal                      | 2.20  |        |
| 3/19/2001  | mtk | Review cases, letter to client re amendment possibilities.                                    | 1.50  |        |
| 3/20/2001  | mtk | Telephone from client.                                                                        | 0.60  |        |
| 3/22/2001  | mtk | E-mail and telephone from Bradley, research other causes of action, prepare amended complaint. | 3.90  |        |
| 3/23/2001  | mtk | Prepare counterclaim, motion for leave to file same, telephone to Frechtel, read cases, telephone to Bradley. | 3.60  |        |
| 4/2/2001   | mtk | Draft Discovery.                                                                              | 2.30  |        |
| 4/3/2001   | mtk | Research and outline claims by MEDCO in preparation for discovery.                            | 3.80  |        |
| 4/4/2001   | mtk | Finalize Interrogatories and document production requests, begin request for admissions to MEDCO. | 2.50  |        |

Bradley Industrial Textiles, Inc.                                                                                             Page         4

|              |     |                                                                                                                                                              | Hours | Amount |
|--------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 4/5/2001     | mtk | Prepare request for admissions.                                                                                                                              | 1.60  |        |
| 4/6/2001     | mtk | Added to request for admissions.                                                                                                                             | 2.10  |        |
| 4/7/2001     | mtk | Letter to MEDCO's attorney regarding expert disclosure, serve discovery.                                                                                     | 1.50  |        |
| 4/9/2001     | mtk | Draft expert disclosure, telephone to Bradley, telephone from court regarding client's order granting motion for leave to amend, file c-claims, letter to Lane. | 2.80  |        |
| 4/27/2001    | mtk | Telephone from and letter from Lane, telephone to Lane re discovery extension.                                                                               | 0.50  |        |
| 5/4/2001     | mtk | E-mail from and to Bradley, telephone to Bradley.                                                                                                            | 1.00  |        |
| 5/7/2001     | mtk | Finalize expert report.                                                                                                                                      | 0.20  |        |
| 5/8/2001     | mtk | E-mail from and to Bradley, from and to Silverberg.                                                                                                          | 0.40  |        |
| 5/9/2001     | mtk | E-mail from Lane with extension.                                                                                                                             | 0.20  |        |
| 5/11/2001    | mtk | Index documents with issues, email from and to Bradley regarding deposition schedule.                                                                        | 1.90  |        |
| 5/15/2001    | mtk | E-mail to and from client regarding deposition schedule, finalize and file answer.                                                                           | 1.20  |        |
| 5/17/2001    | mtk | E-mail to and from Tony Bradley regarding deposition of Bitton.                                                                                              | 0.30  |        |
| 5/21/2001    | mtk | Telephone to Silverberg, email to Bradley, review deposition list.                                                                                           | 0.80  |        |
| 5/22/2001    | mtk | Letter to Silverberg, email to and from Bradley; letter to Gilliss, telephone to Tony.                                                                       | 1.60  |        |
| 5/24/2001    | mtk | Research Corps of Engineers' regulations regarding obtaining witness compliance with subpoenas.                                                              | 1.10  |        |
| 5/25/2001    | mtk | Prepare for and conduct conference call with Silverberg and Joel Williams.                                                                                   | 1.10  |        |
| 5/26/2001    | mtk | E-mail from client, telephone from client, letter to Silverberg.                                                                                             | 0.80  |        |
| 5/30/2001    | mtk | Prepare subpoenas, deposition notices.                                                                                                                       | 1.60  |        |
| 5/31/2001    | mtk | Telephone to Silverberg regarding discovery provision, requests for admissions, telephone from Joe Impallaria, Corps of Engineers, regarding deposition dates. | 0.80  |        |
| 6/5/2001     | mtk | E-mail to client re Koochin, research client's statutory claim idea.                                                                                         | 0.50  |        |
| 6/7/2001     | mtk | Research place for deposition of Koochin, deposition notice to Koochin, emails from MEDCO counsel.                                                           | 1.10  |        |
| 6/8/2001     | mtk | E-mail from client, letter to Silverberg and Lane.                                                                                                           | 0.80  |        |
| 6/11/2001    | mtk | Prepare subpoena for Koochin, find process server for Koochin.                                                                                               | 0.50  |        |
| 6/12/2001    | mtk | Telephone from Piper, email from and to client, send subpoena for Koochin.                                                                                   | 1.10  |        |

Bradley Industrial Textiles, Inc.                                                                                                    Page      5

|            |     |                                                                                                        | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------|-------|--------|
| 6/19/2001  | mtk | Draft Bitton deposition outline.                                                                       | 2.50  |        |
| 6/22/2001  | mtk | E-mail from Lane, email from Bradley.                                                                  | 0.20  |        |
|            | mtk | Prepare Bitton deposition outline.                                                                     | 2.00  |        |
| 6/26/2001  | mtk | Review documents, continue to prepare Bitton deposition outline.                                       | 4.10  |        |
| 6/27/2001  | mtk | Prepare for depositions.                                                                               | 4.50  |        |
| 6/28/2001  | mtk | Attend deposition for Bitton, meet with client.                                                        | 10.20 |        |
| 6/29/2001  | mtk | Attend deposition of Tony Bradley.                                                                     | 10.20 |        |
| 6/30/2001  | mtk | Prepare for Corts deposition.                                                                          | 3.10  |        |
| 7/2/2001   | mtk | Prepare for depositions of Blama, Franklin and Koochin, depose Corts.                                  | 11.40 |        |
| 7/3/2001   | mtk | Depose Blama and Franklin, telephone to and letter to court reporter re Koochin deposition.            | 5.50  |        |
| 7/5/2001   | mtk | Prepare for and take Koochin deposition.                                                               | 6.10  |        |
| 7/6/2001   | mtk | Telephone from Florida court reporter, email to Bradley, prepare for Piper deposition.                 | 1.30  |        |
| 7/8/2001   | mtk | Prepare for Piper deposition.                                                                          | 2.20  |        |
| 7/16/2001  | mtk | Telephone from Tony Bradley, letter to Silverberg, email to Silverberg.                                | 0.20  |        |
| 7/26/2001  | mtk | Review deposition status, email to client, begin response to requests for admissions from MEDCO.       | 1.10  |        |
| 7/27/2001  | mtk | Begin summary judgment motion, prepare responses to requests for admission.                            | 6.10  |        |
| 7/28/2001  | mtk | Draft factual portion of summary judgment motion.                                                      | 3.10  |        |
| 7/29/2001  | mtk | Index deposition transciprts into database (Piper, Koochin).                                           | 4.10  |        |
| 7/30/2001  | mtk | Index Corts deposition and Bitton deposition into database.                                            | 6.00  |        |
| 7/31/2001  | mtk | Telephone from Tony Bradley, prepare motion                                                            | 12.50 |        |
| 8/1/2001   | mtk | Prepare and file Summary Judgment.                                                                     | 9.60  |        |
| 8/6/2001   | mtk | Telephone from Bradley regarding discrepancies in motion.                                              | 0.50  |        |
| 8/10/2001  | mtk | Finalize and serve Rule 11 motion.                                                                     | 1.80  |        |
| 9/10/2001  | mtk | Telephone to client.                                                                                   | 0.20  |        |
| 9/13/2001  | mtk | Telephone from Bradley regarding defects in opposition.                                                | 0.60  |        |
| 9/17/2001  | mtk | Review client's comments.                                                                              | 0.20  |        |
| 9/19/2001  | mtk | Review prev. letters to Silverberg, Telephone to Silverberg, prepare ext. requests, letter to Judge.   | 0.80  |        |
| 9/24/2001  | mtk | Telephone from Tony Bradley.                                                                           | 0.30  |        |
| 10/1/2001  | mtk | Prepare reply, fax from Bradley.                                                                       | 1.10  |        |
| 10/2/2001  | mtk | Revise Reply.                                                                                          | 1.00  |        |
| 10/3/2001  | mtk | Prepare reply.                                                                                         | 6.10  |        |

Bradley Industrial Textiles, Inc.                                                                                                               Page        6

|  |  |  | Hours | Amount |
|---|---|---|---:|---|
| 10/3/2001 | mtk | Prepare motion for Rule 11. | 0.90 | |
| 10/4/2001 | mtk | Finalize reply to motion for summary judgment. | 3.10 | |
| 2/5/2002 | mtk | Telephone from Bradley re appeal, status of case, etc. | 0.50 | |
| 2/19/2002 | mtk | Telephone from Joel Williams, research implied warranty cases. | 0.40 | |
| 2/20/2002 | mtk | Prepare for conference call, conference call with Judge Legg. | 1.10 | |
| 2/21/2002 | mtk | E-mail to and from Bradley | 0.20 | |
| 3/5/2002 | mtk | E-mails to and from opposing counsel. | 0.40 | |
| 4/23/2002 | mtk | Letter to Bradley. | 0.20 | |
| 4/30/2002 | mtk | Prepare pretrial order. | 4.10 | |
| 5/9/2002 | mtk | Letter to Bradley re claims, telephone from Bradley. | 1.40 | |
| 5/13/2002 | mtk | Prepare trial notebook. | 1.60 | |
|  | mtk | Fax from Bradley, telephone from Bradley, review emails, letter from Impallaria, add to pretrial order. | 1.50 | |
| 5/14/2002 | mtk | Review pretrial order, add other parties submissions, telephone to Bradley, prepare exhibits. | 5.10 | |
| 5/15/2002 | mtk | Revise pretrial order, plan exhibits. | 1.50 | |
| 5/16/2002 | mtk | Review Piper deposition, begin Bitton excerpts. | 2.00 | |
| 5/17/2002 | mtk | Finalize pretrial order, several conversations with opposing counsel. | 3.10 | |
| 5/20/2002 | mtk | Review new dates from Medco. | 0.80 | |
| 5/21/2002 | mtk | E-mail from client, letter to Edelen, work on exhibits. | 2.80 | |
| 5/22/2002 | mtk | Review exhibits, work on pretrial procedure. | 2.40 | |
| 5/23/2002 | mtk | Prepare exhibit tables, pretrial conference with opposing counsel. | 4.50 | |
| 5/24/2002 | mtk | Attend pretrial conference. | 2.00 | |
| 5/28/2002 | mtk | Prepare exhibits for trial. | 3.80 | |
| 5/29/2002 | mtk | Prepare exhibit books, telephone from opposing counsel. | 4.00 | |
| 5/30/2002 | mtk | Prepare for trial, discuss exhibit disputes. | 4.50 | |
| 5/31/2002 | mtk | Trial preparation. | 7.00 | |
| 6/1/2002 | mtk | Prepare for trial. | 5.20 | |
| 6/2/2002 | mtk | Prepare for trial. | 7.50 | |
| 6/4/2002 | mtk | Attend trial. | 9.00 | |
| 6/5/2002 | mtk | Prepare closing. | 2.40 | |
| 6/6/2002 | mtk | Meet with Tony Bradley, prepare redirect, add to Bitton cross examination, add to closing. | 5.40 | |
| 6/8/2002 | mtk | E-mail to client, prepare transcripts for judge. | 0.30 | |
| 6/10/2002 | mtk | Telephone to court reporter, letter to Judge, email from/to Tony. | 0.50 | |
| 6/18/2002 | mtk | E-mail from client, telephone from court reporter twice, email to client. | 0.70 | |

Bradley Industrial Textiles, Inc.                                                                                       Page         7

|            |     |                                                                                                           | Hours  | Amount      |
|------------|-----|-----------------------------------------------------------------------------------------------------------|--------|-------------|
| 6/19/2002  | mtk | E-mails from and to Tony Bradley; telephone from court reporter twice.                                    | 0.50   |             |
| 6/20/2002  | mtk | E-mails, extension motion.                                                                                | 0.20   |             |
| 6/24/2002  | mtk | Fax from Legg, telephone from Tony Bradley.                                                               | 0.60   |             |
| 6/27/2002  | mtk | Draft brief.                                                                                              | 2.60   |             |
| 6/30/2002  | mtk | Draft fact section of brief.                                                                              | 2.80   |             |
| 7/2/2002   | mtk | Telephone from Bradley; briefing.                                                                         | 5.50   |             |
| 7/3/2002   | mtk | Finalize and file brief.                                                                                  | 7.60   |             |
| 7/17/2002  | mtk | Telephone from Tony re closing.                                                                           | 0.60   |             |
| 7/23/2002  | mtk | Telephone to Bradley.                                                                                     | 0.20   |             |
| 7/24/2002  | mtk | Prepare for argument.                                                                                     | 2.80   |             |
| 7/25/2002  | mtk | Prepare for and deliver closing argument.                                                                 | 5.80   |             |
| 7/26/2002  | mtk | Telephone from Bradley, letter to Legg with Brief.                                                        | 0.50   |             |
| 7/29/2002  | mtk | Telephone from Bradley.                                                                                   | 0.10   |             |
| 8/5/2002   | mtk | Telephone from Joe Impallaria re possibilities of criminal investigations of MEDCO's lies and false certifications. | 0.20   |             |
| 8/6/2002   | mtk | E-mail from Tony Bradley, telephone from Joe Impallaria                                                   | 0.20   |             |
| 2/6/2003   | mtk | Review opinion's order, telephone to and fax to Tony.                                                     | 0.40   |             |
| 2/14/2003  | mtk | Prepare bill of costs.                                                                                    | 1.00   |             |
| 2/18/2003  | mtk | E-mail to and from Tony Bradley, prepare motion.                                                          | 2.40   |             |
|            |     | SUBTOTAL:                                                                                           [     | 327.10 | 49,065.00]  |
|            |     | For professional services rendered                                                                        | 428.05 | $51,588.75  |

Additional Charges :

mtk

| 2/26/2001 | mtk | Photocopy charges from the Army Corps of Engineers for FOIA response. |
| 5/26/2001 | mtk | Witness fees for Army Corps of Engineers witnesses, Doug Piper. |
| 6/12/2001 | mtk | Witness fee for Koochin. |
|           | mtk | Process server's fee. (Koochin). |
| 6/13/2001 | mtk | Process server's fee for Piper and ACOE. |
| 2/22/2002 | mtk | Computerized research. |
| 5/30/2002 | mtk | Photocopies at Staples. |

Bradley Industrial Textiles, Inc.                                                                                          Page        8

                                                                                                                              Amount

| Date | | Description | Invoice | Amount |
|---|---|---|---|---|
| 6/24/2002 | mtk | Trial transcript. | | |
| 6/30/2002 | mtk | Messenger fees for trial submissions, notebooks, etc. | | |
| | | SUBTOTAL: | | [  2,865.08] |
| | | Total costs | | $2,865.08 |
| 11/2/2000 | | Invoice No. 11325 | 11325 | $900.00 |
| 12/3/2000 | | Invoice No. 11349 | 11349 | $840.00 |
| 1/3/2001 | | Invoice No. 11387 | 11387 | $330.00 |
| 1/22/2001 | | Payment - thank you | | ($1,740.00) |
| 1/29/2001 | | Payment - thank you | | ($330.00) |
| 2/1/2001 | | Invoice No. 11397 | 11397 | $1,426.25 |
| 2/26/2001 | | Payment - thank you | | ($1,426.25) |
| 3/1/2001 | | Invoice No. 11414 | 11414 | $2,094.45 |
| 3/29/2001 | | Payment - thank you | | ($2,094.45) |
| 3/31/2001 | | Invoice No. 11439 | 11439 | $2,626.25 |
| 5/2/2001 | | Invoice No. 11468 | 11468 | $2,572.50 |
| 6/4/2001 | | Payment - thank you | | ($2,626.25) |
| 6/7/2001 | | Payment - thank you | | ($2,572.50) |
| 6/15/2001 | | Invoice No. 11495 | 11495 | $2,226.50 |
| 6/29/2001 | | Payment - thank you | | ($2,226.50) |
| 7/10/2001 | | Invoice No. 11517 | 11517 | $6,589.65 |
| 8/4/2001 | | Invoice No. 11541 | 11541 | $9,190.00 |
| 9/4/2001 | | Invoice No. 11568 | 11568 | $1,785.00 |
| 10/2/2001 | | Payment - thank you | | ($6,604.65) |
| 10/6/2001 | | Invoice No. 11588 | 11588 | $327.50 |
| 11/1/2001 | | Payment - thank you | | ($10,000.00) |
| 11/1/2001 | | Invoice No. 11617 | 11617 | $1,915.00 |
| 3/4/2002 | | Invoice No. 11745 | 11745 | $623.93 |
| 4/2/2002 | | Invoice No. 11775 | 11775 | $60.00 |
| 4/19/2002 | | Payment - thank you | | ($2,703.27) |
| 5/2/2002 | | Invoice No. 11814 | 11814 | $682.50 |
| 6/5/2002 | | Payment - thank you | | ($1,865.66) |
| 6/6/2002 | | Invoice No. 11844 | 11844 | $8,117.30 |

Bradley Industrial Textiles, Inc.                                                                                                     Page        9

|  |  |  | Amount |
|---|---|---|---:|
| 6/24/2002 | Payment - thank you |  | ($1,377.50) |
| 7/5/2002 | Invoice No. 11871 | 11871 | $8,033.25 |
| 7/29/2002 | Payment - thank you |  | ($8,117.30) |
| 8/2/2002 | Invoice No. 11891 | 11891 | $3,465.00 |
| 8/15/2002 | Payment - thank you |  | ($3,690.00) |
| 8/19/2002 | Payment - thank you |  | ($6,167.50) |
| 9/5/2002 | Payment - thank you |  | ($119.75) |
| 9/5/2002 | Payment - thank you |  | ($119.75) |
| 9/6/2002 | Invoice No. 11919 | 11919 | $60.00 |
| 9/25/2002 | Payment - thank you |  | ($83.75) |
| 3/3/2003 | Invoice No. 12022 | 12022 | $588.75 |
|  | Total payments and adjustments |  | $588.75 |
|  | New balance of Client funds |  | $0.00 |