FILED
U.S. DISTRICT COURT
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
2003 APR 22  A 11: 58

CLERK'S OFFICE
AT BALTIMORE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>to the use and benefit of<br>BRADLEY INDUSTRIAL TEXTILES, INC.  :   DEPUT<br><br>v.<br><br>CHATHAM REINSURANCE<br>CORPORATION<br><br><br>MARYLAND EXCAVATING AND<br>DREDGING COMPANY<br><br>v.<br><br>BRADLEY INDUSTRIAL TEXTILES | Civil No. L-00-682<br><br><br><br><br><br><br><br><br><br>Civil No. L-00-2907<br>(consolidated) |

## ORDER

Now pending is the second motion to impose sanctions pursuant to Federal Rule of Civil Procedure 11(c) filed by Plaintiff Bradley Industrial Textiles, Inc. ("Bradley Industrial"). For the reasons stated below, Plaintiff's Motion for Attorneys' Fees (Docket No. 61) is DENIED.

In support of its motion, Bradley Industrial argues that it was forced to spend "far more than the amount in controversy in this case by the frivolous claims brought by MEDCO and relied upon by Chatham." The Court is unpersuaded.

This case involved complex factual questions that were resolved in a three-day bench trial. While Bradley Industrial ultimately prevailed in its theory of the case, the claims raised by MEDCO and Chatham were not frivolous and do not merit sanctions. Each party shall bear its own attorneys' fees.

It is so ORDERED this 17th day of April, 2003.

/s/ Benson Everett Legg
Chief Judge