IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>to the use and benefit of<br>BRADLEY INDUSTRIAL TEXTILES, INC., | * | |
| v. | * | CIVIL NO. L 00-682 |
| CHATHAM REINSURANCE CORP. | * | |
| MARYLAND EXCAVATING AND<br>DREDGING COMPANY | * | |
| v. | * | CIVIL NO. L-00-2907 |
| BRADLEY INDUSTRIAL TEXTILES, INC. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 24, 2003, a copy of Defendant Chatham Reinsurance Corporation's Opposition to Motion to Reconsider Order Denying in Part Bill of Costs, which was electronically filed on April 24, 2003, was mailed via first class mail, postage prepaid, to: Alan H. Silverberg, Esquire, Summerfield, Willen, Silverberg & Limsky, P.A., 10019 Reisterstown Road, Suite 301, Owings Mills, Maryland 21117-3910

          /s/
Joel P. Williams
Federal Bar No. 024944
Niles, Barton & Wilmer, LLP
111 South Calvert Street, Suite 1400
Baltimore, Maryland 21202
PH: (410) 783-6300
FAX (410) 783-6363
**Attorneys for Chatham Reinsurance Corporation**